Nathan Pittman (ISB#9430)
**NEVIN, BENJAMIN & McKAY LLP**
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
npittman@nbmlaw.com

*Counsel for Plaintiff*
*Heil Trailer International, LLC*
*d/b/a Kalyn Siebert*

[ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HEIL TRAILER INTERNATIONAL, LLC d/b/a KALYN SIEBERT, | CIVIL ACTION NO. 1:24-CV-32-REP |
| *Plaintiff* | |
| v. | JURY TRIAL DEMANDED |
| TRANSQUIP LLC and MICHAEL J. LEMRICK, | |
| | CORPORATE DISCLOSURE STATEMENT |
| *Defendants.* | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Heil Trailer International, LLC d/b/a Kalyn Siebert ("Kalyn Siebert"), by and through its undersigned attorneys, discloses that it is a wholly-owned subsidiary of EnTrans International, LLC, which is a privately-held, limited-liability corporation. EnTrans International, LLC is wholly-owned by EnTrans Holdings, L.P., which is a privately-held limited partnership. No publicly-held corporation owns 10% or more of Plaintiff Kalyn Siebert.

- 2 -

Dated: January 19, 2024

Respectfully submitted,

 */s/ Nathan Pittman*
Nathan Pittman
Idaho State Bar No. 9430
**NEVIN, BENJAMIN & McKAY LLP**
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Tel: (208) 343-1000
Fax: (208) 345-8274
npittman@nbmlaw.com

Amanda L. DeFord (*pro hac* application forthcoming)
Virginia State Bar No. 85511
**McGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2017
adeford@mcguirewoods.com

Matthew W. Cornelia (*pro hac* application forthcoming)
Texas State Bar No. 24097534
**McGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, Texas 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
mcornelia@mcguirewoods.com

*Counsel for Plaintiff*
*Heil Trailer International d/b/a Kalyn Siebert*